IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KAREN EDGETT, as the Personal Representative of the Estate of Arthur Edgett, Deceased;

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

8:18CV407

**ORDER**

IT IS ORDERED:

1)      Defendant's application for an award of sanctions in the amount of $40.00, (Filing No. 24), is granted.

2)      On or before October 3, 2019, Plaintiff shall pay to Defendant the amount of $40.00 as sanctions for failing to timely provide a notice authorizing Karen Edgett to serve as the personal representative for decedent Plaintiff, Arthur Edgett.

3)      Upon receipt of payment, Defendant shall file a notice on the court's docket stating the award of sanctions has been satisfied.

September 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge